# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of July, two thousand and fourteen.

Before:     Ralph K. Winter,
            *Circuit Judge,*

_____

NYKCool A.B.,

　　Plaintiff - Appellee,

v.

Truisfruit S.A.,

　　Defendant - Appellant,

Pacific International Services, Inc., Pan American Trading Company, Inc., Fruit Importers Americas, Inc., Pacific Group Holding, Inc., Ecuadorian Line, Inc., South Pacific Shipping Co. Ltd., Alvaro Fernando Noboa Ponton, Carlos Aguirre, Carlos Ahlstrom, Edward Hickey, Robert Kissinger,

　　Defendants.

_____

**ORDER**
Docket No. 14-1260

Appellant, through counsel, moves to stay the briefing schedule pending a decision in the district court on a Federal Rule of Civil Procedure 60(b) motion, or, in the alternative, to extend the time to file Appellant's principal brief for 60 days.

IT IS HEREBY ORDERED that the motion is DENIED.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

