# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of July, two thousand and fourteen.

Before:   Ralph K. Winter,
          *Circuit Judge,*
_____

NYKCool A.B.,

     Plaintiff - Appellee,

v.                                                              **ORDER**
                                                                Docket No. 14-1260

Truisfruit S.A.,

     Defendant - Appellant,

Pacific International Services, Inc., Pan American Trading Company, Inc., Fruit Importers Americas, Inc., Pacific Group Holding, Inc., Ecuadorian Line, Inc., South Pacific Shipping Co. Ltd., Alvaro Fernando Noboa Ponton, Carlos Aguirre, Carlos Ahlstrom, Edward Hickey, Robert Kissinger,

     Defendants.
_____
NYKCool A.B.,

     Plaintiff - Appellee,

v.                                                              Docket No. 14-2597

Pacific International Services, Inc., Pan American Trading Company, Inc., Fruit Importers Americas, Inc., Pacific Group Holding, Inc., Ecuadorian Line, Inc., South Pacific Shipping Co. Ltd., Alvaro Fernando Noboa Ponton, Carlos Aguirre, Carlos Ahlstrom, Edward Hickey, Robert Kissinger,

     Defendants,

Truisfruit S.A.,

     Defendant - Appellant.
_____

Appellant's counsel moves to consolidate the above-captioned appeals and set a consolidated briefing schedule

IT IS HEREBY ORDERED that the motion is GRANTED. Appellant's brief will be due on or before September 30, 2014. Appellee's brief will be due 63 days from the date of the filing of Appellant's brief. However, the appeal is dismissed effective September 30, 2014, unless Appellant's brief is filed by that date.  A motion for reconsideration or other relief will not stay the effectiveness of this order.  See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).  The Court expects counsel to exercise diligence in meeting these deadlines and will not look favorably upon any further delay.

For the Court:

Catherine O'Hagan Wolfe,

Clerk of Court

